# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR50 | E 1159903 | J. Green / K. Lott | 2736 / 1714 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 6-3-22  1020 | 36 CFR 4.10(a) |

Place of Offense: US-62 South CRLA

Offense Description: Factual Basis for Charge — HAZMAT ☐
Park off Road

### DEFENDANT INFORMATION
Last Name: Box
First Name: Roy
M.I.: E

Tag No: G35GBL
State: OR
Year: 13
Make/Model: HONDA
Color: BLU

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 50  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ 80  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U. S. District Court
310 W. 6th Street
Medford, OR 97501

Date: 07/22/22
Time: 0930 AM

Phone: 503-???-4020

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1159903*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident